# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Plaintiff:** Mrs. Eye Keyla My Carruthers Washington   DCA#122404   JCA# 71,781

[You are the PLAINTIFF, print your full name on this line.]

v.

**Defendant:** Elkhart County Jail (ECJ), Elkhart Sheriff, Deputy: Fitzgerald

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**-FILED-**
MAY 17 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Case Number:** 3:23-cv-426

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Elkhart County Jail (ECJ) | 26861 CR26 Elkhart IN. 46517 |
| 2 | Elkhart Sheriff | 26861 CR26 Elkhart IN 46517 |
| 3 | Deputy: Fitzgerald | 26861 CR26 Elkhart IN 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **Elkhart County Jail 26861 CR26 Elkhart IN. 46517**

3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: _____

4. On what date did this event occur? **September 1, 2022**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

#1. 1. Abandoned property; Neglect of Transportation; Neglect of Detainee; Discrimination; Neglect of legal Work; Locked legal documents; Deprived; Transport; Lack of legal dockets; Covering up; 1st Amendment; Violations of 1st Amendment, 4th Amendment, 5th Amendment, 8th Amendment, 14th Amendment;

#2. Abandoned Property started August 19, 2022, Deputy Fritzgerald got a call after I made it to intake garage of St. Joseph County Jail as she had Neglected and ignored Detainee saying your leaving my legal work (most legal documents are tampered and locked at this time) I feel deprived. And Deputy Fritzgerald is lusty and she violated every right in count #1 captions. Additionally she left behind legal dockets from United States District Courts Northern South Bend Division. She aimed to cover up the facts of abandoned legal documentations September 1, 2022 still

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

No awareness of legal dockets making every right of my amendments fairly valid in count #1. I demand for extraordinary damage, punitive damage, and emotionally distressed damages of relief 900,000 United States of America currency.

Under penalties for perjury all representation is true and correct.

My undersigned certify this contract making this suit a valid certificate of a suit of relief for demand of 900,000 United States of American currency.

Mrs. Eve'Keyla My Carruthers
Pelawhington J

OCA# 122401
JCA# 71751

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Copies_
   _Sent admin. of ECCC/ELJ_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _900,000 United States of America Currency._
   _Fritz guard to be responsible while transporting_

[Initial Each Statement]

_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_1_/20_22_ at _8_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Eykeila My Carruthers Washington_      OCA# 122464
Signature                                     OCA# 781
                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]